UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KIM HAWKINS,

    Plaintiff,

v.                                        Case No. 2:16cv219

TERRY ROBINSON
And
SUDDATH RELOCATION
SYSTEMS OF HOUSTON, INC.,

    Defendants.

## FINAL ORDER

This matter comes before the court on Defendants' Motion to Dismiss for Lack of jurisdiction (ECF No. 15) filed on October 17, 2016, and on Defendants' Motion for Summary Judgment (ECF No. 17), filed on October 27, 2016. The matters were referred to a United States Magistrate Judge by Order of November 2, 2016 (ECF No. 19), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matters.

A hearing was held before United States Magistrate Judge Douglas E. Miller on November 18, 2016. The United States Magistrate Judge's Report and Recommendation (ECF No. 27) was filed on November 21, 2016. The magistrate judge recommended granting Defendants' Motion to

Dismiss for Lack of Jurisdiction; terminating as moot Defendants' Motion for Summary Judgment; and dismissing the case.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed November 21, 2016. Accordingly, the Defendants' Motion to Dismiss for Lack of Jurisdiction is **GRANTED**; the Defendants' Motion for Summary Judgment is **TERMINATED AS MOOT**; and the case is hereby **DISMISSED**.

The Clerk shall forward a copy of this Final Order to counsel of record for the parties.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

December 9, 2016